United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NUTIVA, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-03374-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

In accordance with Civil Local Rule 3-12(c), the Court refers this case to the Honorable Haywood S. Gilliam, Jr. to determine whether it is related to *Jones v. Nutiva, Inc.*, Case No. 16-cv-00711-HSG.

**IT IS SO ORDERED.**

Dated: September 14, 2017

JAMES DONATO
United States District Judge