**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; PEERLESS INSURANCE COMPANY, a New Hampshire corporation, and AMERICAN FIRE AND CASUALTY COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NUTIVA, INC. a California corporation,<br><br>Defendant. | Case No. 4:17-cv-03374-HSG<br><br>**ORDER RE: LEAVE TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Complaint Filed: June 12, 2017
Trial Date: None Set

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, counsel for the parties may participate in the Initial Status Conference by telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Date: October 2, 2017   Signed: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE